# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| *ex rel.* **CHRISTOPHER N.** ) | |
| **McCUTCHEON,** ) | |
| ) | **CIVIL ACTION NUMBER** |
| **Plaintiffs,** ) | **5:17-CV-0462-MHH** |
| ) | |
| **v.** ) | |
| ) | |
| **QBR, LLC; VALLEY CENTER FOR** ) | |
| **NERVE STUDIES AND** ) | |
| **REHABILITATION, INC.; DERBY** ) | |
| **MEDICAL BILLING SERVICES, INC.;** ) | |
| **ERIC R. BECK; JOHN** ) | |
| **HORNBUCKLE; ORTHOPLUS, LLC;** ) | |
| **AND BRIAN BOWMAN,** ) | |
| ) | |
| **Defendants.** ) | |

## **ORDER**

Mr. McCutcheon has moved for a default judgment against defendants John Hornbuckle and QBR, LLC and has requested oral argument. (Doc. 58). The Court sets this matter for a damages hearing on Tuesday, August 31, 2023 at 1:00 p.m. via Zoom video conference. The Zoom link will be provided by separate email.

The Court directs the Clerk of Court to send a copy of this order and the Zoom link information to John Hornbuckle, Reg. No. 07435-058, FCI Talladega, Federal

Correction Institution, P.M.B 1000, Talladega, AL  35160.

    **DONE** and **ORDERED** this July 25, 2023.

                                          _____
                                          **MADELINE HUGHES HAIKALA**
                                          UNITED STATES DISTRICT JUDGE