THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
2024 OCT 21 P 12: 14
U.S. DISTRICT COURT
N.D. OF ALABAMA

CIVIL ACTION NUMBER
5:17-cv-0462-MHH

UNITED STATES OF AMERICA
ex rel. CHRISTOPHER N. MCCUTCHEON,
    Plaintiffs,
    v.
JOHN HORNBUCKLE

---

### MOTION FOR A SIXTY-DAY CONTINUANCE TO RESPOND TO COURT

    I John Hornbuckle 96094-509 have and request a 60-day continuance from the day I arrive at my destination in Pensacola Florida at PENSACOLA FLORIDA FCI CAMP, once I complete transit from Atlanta which is ongoing. I have been in Atlanta for almost a month and will be in Tallahassee for weeks before I finally arrive at the Pensacola Camp. This transition has restricted me and created challenges to respond to the courts order of October 1, 2024, signed by the honorary judge MADELINE HUGHES HAIKALA and received by the defendant on October 10th 2024 at the FCI Atlanta transfer center. I am prejudiced because I do not have any access to legal material.

    I John Hornbuckle praise that the court grant the motion.

October 12th, 2024

Respectfully Submitted

John Hornbuckle

John S. Hornbuckl[e]
#96094-509
Pensacola FPC
P.O. Box 3949
Pensacola, Florida 32516

CERTIFIED MAIL
7021 2720 0001 9031 7011

Retail
35203
RDC 99

First Class Mail

THE UNITED STATES D[ISTRICT]
COURT FOR THE NORTH[ERN]
DISTRICT OF ALABA[MA]
NORTHEASTERN DIV[ISION]
ATTN: JUDGE MADELIN[E]
HAIKALA
1729 5th Ave. North