FILED

2024 Nov-08  AM 10:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHRISTOPHER N. McCUTCHEON, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **CIVIL ACTION NUMBER** |
| QBR, LLC; VALLEY CENTER FOR NERVE STUDIES AND REHABILITATION, INC.; DERBY MEDICAL BILLING SERVICES, INC.; ERIC R. BECK; JOHN HORNBUCKLE; ORTHOPLUS, LLC; AND BRIAN BOWMAN, | ) ) ) ) ) ) ) ) | **5:17-CV-0462-MHH** |
| Defendants. | ) ) | |

## DEFAULT JUDGMENT

This matter concerns claims relator Christopher N. McCutcheon brought against QBR, LLC under the False Claims Act, 31 U.S.C. § 3729.  In a memorandum opinion published on October 3, 2024, the Court held that, because QBR, LLC has not appeared and responded to Mr. McCutcheon's claims, the Court would enter a default judgment against QBR, LLC.  *See* Doc. 85.

Consistent with the Court's memorandum opinion, the Court enters judgment against QBR, LLC and awards damages and fees to Mr. McCutcheon as follows:

$99,805,259.00 in damages; $60,177.90 in total attorney and paralegal fees; and $2,243.48 in costs.

The Clerk of Court shall send a copy of this default judgment to QBR, LLC.

**DONE** and **ORDERED** this November 8, 2024.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE