# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| *ex rel.* CHRISTOPHER N. ) | |
| McCUTCHEON, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | **CIVIL ACTION NUMBER** |
| QBR, LLC; VALLEY CENTER FOR ) | **5:17-CV-0462-MHH** |
| NERVE STUDIES AND ) | |
| REHABILITATION, INC.; DERBY ) | |
| MEDICAL BILLING SERVICES, INC.; ) | |
| ERIC R. BECK; JOHN ) | |
| HORNBUCKLE; ORTHOPLUS, LLC; ) | |
| AND BRIAN BOWMAN, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

In the memorandum opinion published on October 1, 2024, the Court directed defendant John Hornbuckle to file his answer in this case within 30 days. Doc. 84. Mr. Hornbuckle has notified the Court that shortly after receiving the opinion, the Federal Bureau of Prisons transported him from a federal detention facility in Atlanta, Georgia to a facility in Pensacola, Florida. Doc. 86. This transition has prevented him from filing an answer by the Court's deadline.

Mr. Hornbuckle has requested a sixty-day extension to respond. Doc. 86. The Court grants the motion. No later than January 7, 2025, Mr. Hornbuckle shall file his answer.

**DONE** and **ORDERED** this November 8, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE