

Envelope, Case 5:17-cv-00462-MHH, Document 90, Filed 11/25/24.

Return address:
OFFICE OF CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2037
OFFICIAL BUSINESS

Postage: BIRMINGHAM AL 350, 8 NOV 2024 PM 6 L, ZIP 35203, $000.69, NOV 08 2024

Stamped: RTS

USPS label: NIXIE 326 FE 1 0011/20/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 35203203799 *1924-08030-08-42

FILED 2024 Nov 25 P 1:19 U.S. DISTRICT COURT N.D. OF ALABAMA

NOV 25 2024 SECURITY

John  Hornbuckle 96094-509
FCI Atlanta
601 MCDONOUGH BLVD SE
Atlanta, GA 30315

Case 5:17-cv-00462-MHH   Document 90   Filed 11/25/24   Page 3 of 4
Case: 5:17-cv-00462-MHH   Document #: 88-1   Date Filed: 11/08/2024   Page 1 of 2   FILED
2024 Nov-08 PM 12:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHRISTOPHER N. McCUTCHEON, ) ) ) ) | |
| Plaintiffs, ) ) ) | |
| v. ) | CIVIL ACTION NUMBER |
| ) | 5:17-CV-0462-MHH |
| QBR, LLC; VALLEY CENTER FOR NERVE STUDIES AND REHABILITATION, INC.; DERBY MEDICAL BILLING SERVICES, INC.; ERIC R. BECK; JOHN HORNBUCKLE; ORTHOPLUS, LLC; AND BRIAN BOWMAN, ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## ORDER

In the memorandum opinion published on October 1, 2024, the Court directed defendant John Hornbuckle to file his answer in this case within 30 days. Doc. 84. Mr. Hornbuckle has notified the Court that shortly after receiving the opinion, the Federal Bureau of Prisons transported him from a federal detention facility in Atlanta, Georgia to a facility in Pensacola, Florida. Doc. 86. This transition has prevented him from filing an answer by the Court's deadline.

Mr. Hornbuckle has requested a sixty-day extension to respond. Doc. 86. The Court grants the motion. No later than January 7, 2025, Mr. Hornbuckle shall file his answer.

**DONE** and **ORDERED** this November 8, 2024.

*Madeline H. Haikala*
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE